Case 1:21-cr-00235-JPH-MJD   Document 49   Filed 05/28/24   Page 1 of 4 PageID #: 182

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America <br> v. <br> Ronnie Butrum | ) ) ) ) ) ) ) Case No: 1:21-cr-235-JPH-MJD <br> USM No: Reg. No. 56421-509 |
| Date of Original Judgment: 05/09/2022 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  05/09/2022  shall remain in effect.

**SO ORDERED**.

Date: 5/28/2024

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:21-cr-00235-JPH-MJD |
| RONNIE BUTRUM, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

Ronnie Butrum has filed a motion to reduce his sentence under Amendment 821 to the United States Sentencing Guidelines, which retroactively lowered the sentencing guidelines calculation for some defendants. Dkt. 41.

Under 18 U.S.C. § 3582(c), a district court "may not modify a term of imprisonment once it has been imposed" unless an exception applies. *See Dillon v. United States*, 560 U.S. 817, 824 (2010). One of those exceptions is for "a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2). Motions for sentence reductions under § 3582(c)(2) are evaluated in "a two-step inquiry." *Dillon*, 560 U.S. at 826–27. First, the district court must determine whether the reduction is permissible under the amended guidelines. *Id.* If that first step is satisfied, the district court must consider "any applicable § 3553(a) factors and determine whether,

1

in its discretion, the reduction . . . is warranted . . . under the particular circumstances of the case." *Id.*

Here, Mr. Butrum seeks a reduction under Amendment 821 Part A, which limits "status points" imposed for having committed the offense while under a criminal justice sentence. Dkt. 41 at 2; USSG §4A1.1. The government responds that Mr. Butrum is not eligible for a reduction because the amendment does not change his guidelines range. Dkt. 48.

Mr. Butrum originally received two status points, dkt. 33 at 14, which under Amendment 821 Part A would now be one status point, USSG §4A1.1(e). That change would make Mr. Butrum's criminal history score ten instead of eleven. *See* dkt. 33 at 14. But criminal history scores of ten and eleven both result in a criminal history category of V, so Mr. Butrum's guideline range would not change. USSG §5A (sentencing table). The Court may reduce Mr. Butrum's sentence only if his "sentencing range . . . has subsequently been lowered by the Sentencing Commission." 18 U.S.C. § 3582(c)(2); *see* USSG §1B1.10(a) (same).

Mr. Butrum therefore is not eligible for a sentence reduction under *Dillon*'s first step, and his motion is **DENIED**. Dkt. [41].

**SO ORDERED.**

Date: 5/28/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

2

3

Distribution:

All electronically registered counsel

Ronnie Butrum
Reg. No. 56421-509
FCI Beckley
Inmate Mail/Parcels
P.O. Box 350
Beaver, WV 25813

Case 1:21-cr-00235-JPH-MJD   Document 49   Filed 05/28/24   Page 4 of 4 PageID #: 185